Linesheet      User: Todd C. Reineck

| Case: | Target: | Line: 7 | File Number: |
|---|---|---|---|

| Session: | 580 | Total Duration: | 00:01:18 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 13:31:04 EST | Language: | Unknown | Monitor ID: | ljvelaga |
| Stop Time: | 13:32:22 EST | Complete: | Completed | In/Out Digits: | ) |
| Date: | 12/22/2018 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | User: Rio  Woods, Dontese |

### Synopsis 1

IC call from _____ (Rio)

DW: Rio?!
R: Hey where you at?.... Hey?!
DW: Ree!
R: Where you at?
DW: I'm at the house
R: Hey go grab the heat from over UI real quick
DW: Over who house
R: Al house, you gotta hurry up though
DW: It's at Al house where at
R: On Markham in the basement
DW: I'm saying, I'm saying where at as in
R: UI go in the basement look over the washer it's a little... in the ceiling
DW: Alright I'm feeling to go get it right now
R: Alright
DW: Where I'm bringing it to though
R: Yeah just, the back door open just grab it and... hurry up bro!
DW: Alright alright
R: Don't drive fast when you get it though just

Summarized by LJV 12/22/2018
Reviewed by HI/FBI 12/22/2018
Reviewed by JC/DEA 12/22/2018

| Session: | 582 | Total Duration: | 00:00:26 | Associate DN: | ) |
|---|---|---|---|---|---|
| Start Time: | 13:37:32 EST | Language: | Unknown | Monitor ID: | ljvelaga |
| Stop Time: | 13:37:58 EST | Complete: | Completed | In/Out Digits: | ) |
| Date: | 12/22/2018 | Direction: | Outgoing | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | User: Rio  Woods, Dontese |

### Synopsis 1

OG call to _____ (Rio)

R: Hello?
DW: Where I'm coming with the heat
R: Uh
DW: Hello?

Linesheet                                          User:   Todd C. Reineck

| Case: | Target: | Line: 7 | File Number: |
|---|---|---|---|

R: Bring it to the gas station on Atherton and Saginaw
DW: Atherton and who
R: Saginaw
DW: Alright here I come

Summarized by LJV 12/22/2018
Reviewed by HI/FBI 12/22/2018
Reviewed by JC/DEA 12/22/2018

JC: See GPS ping Information, 10:45:02 Pacific Standard Time, placed the phone at the Mobil Gas Station, 3841 Saginaw Street, Flint (east side of Saginaw, south of Atherton).

| Session: | 909 | Total Duration: | 00:01:21 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 11:22:19 EST | Language: | Unknown | Monitor ID: | rsmcdonald |
| Stop Time: | 11:23:40 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 12/24/2018 | Direction: | Outgoing | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | User: Rio |
| | | | | | Woods, Dontese |

**Synopsis 1**

OG to ▮▮▮▮▮▮ ) - unknown male

Woods talking to an unknown male, and towards the end the male mentions that he needs to go to Enterprise to get a car.

rsm reviewed
Reviewed by TR/FBI 12/24/18
Reviewed by JC/DEA 12/24/18

================================================================

END