| | | | | |
|---|---|---|---|---|
| | | Linesheet | User: | Todd C. Reineck |

| Case: | Target: | Line: | File Number: |
|---|---|---|---|
| | | | |

### Synopsis 1
IC SMS

t branch airport you're saying Flint Airport they cannot locate your vehicle I need to know who you spoke to and they should have gave you a receipt I need you to send me a picture of that or at least call me back and let me know who you spoke to what road it was on something where I do not have to activate the tracking device cuz of right now it's still in your name and still an active failure to return

CG 1-25-19
Reviewed by TR/FBI 1/25/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| | | | |
|---|---|---|---|
| Session: 4269 | Total Duration: 00:01:36 | Associate DN: | |
| Start Time: 11:44:09 EST | Language: Unknown | Monitor ID: | ndaly |
| Stop Time: 11:45:45 EST | Complete: Completed | In/Out Digits: | |
| Date: 01/25/2019 | Direction: Incoming | Subscriber: | |
| Content: Audio | Classification: Pertinent | Participants: | |

### Synopsis 1
Rio: Hello?
UF: UI..hey
Rio: UI
UF: Whatchu doin?
RIO: This sunny?
UF: Umm yeah..where Chris at?
Rio: He locked up
UF: What the fuck? Who is this?
Rio: This Rio
UF: Oh I dont know you..what the fuck he lock up for?
Rio: This is A Lee's little brother...I I talked to him UI
UF: You said you're A Lee's brother
Rio: Yea
UF: Oh that means you're a horrible mothafucker too
Rio: Huh?
UF: That means you a horrible you a horrible mothafucker too
Rio: No Ima good person
UF: I dont believe that..what he in jail for tho
Rio: Nothing really the Cat Squad pulled him over they talkin about he had a warrant from 2017 I think they were just fuckin with him tho..he in the city lockup tho..he UI they probably just gonna hold him for 72 hours..he aint have nothin on him he didnt get caught with nothin UI he just..they saying he had a warrant but I think they was lying
UF: Oh damn
Rio: They on some bullshit really

| | Linesheet | User: | Todd C. Reineck |
|---|---|---|---|

| Case: | Target: | Line: | File Number: |
|---|---|---|---|

UF: He aint have nothing on him then he straight
Rio: Yeah he'll be out tho within two more days he might get out tonight UI if he had a warrant then he went to court immediately
UF: Oh okay..well one of yall better call me and let me know whats going on
Rio: Alright Ima keep you updated
UF: Alright

CG 1-25-19
Reviewed by TR/FBI 1/25/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4280 | Total Duration: | 00:00:54 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 12:51:25 EST | Language: | Unknown | Monitor ID: | ndaly |
| Stop Time: | 12:52:19 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Outgoing | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

**Synopsis 1**

UM: Hello? Hey!
Rio: Who is this
UM: Jim
Rio: Whats up?
UM: Well I need a G where you at?
Rio: UI give me like 2 minutes
UM: Huh?
Rio: Give me like 2 minutes UI up at the corner
UM: Okay you want me to go to Ossington or not?
Rio: No! Don't go on Ossington its hot over there right now
UM: Okay so where do you want me
Rio: 2 minutes just stay in that area
UM: Okay alright sounds good

CG 1-25-19
Reviewed by TR/FBI 1/25/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4283 | Total Duration: | 00:01:42 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 13:00:15 EST | Language: | Unknown | Monitor ID: | ndaly |
| Stop Time: | 13:01:57 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Outgoing | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |