| | | | | |
|---|---|---|---|---|
| | | Linesheet | User: | Todd C. Reineck |

| Case: | Target: | Line: | File Number: |
|---|---|---|---|
| | | | |

| Session: | 4299 | Total Duration: | 00:01:57 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 14:21:50 EST | Language: | Unknown | Monitor ID: | ljvelaga |
| Stop Time: | 14:23:47 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

### Synopsis 1

IC call from        77

LF: Hey can you meet me here?
R: who is this? Linda
LF: ya
R: what you tryin to do?
LF: I want a fat 20, cause that's all I got
R: Alright, Linda
LF: I paid my phone bill, my head was killin me (inaudible) four hours
R: Then go to the house, just go to your house, I finna pull up (inaudible)
LF: I know but I don't wanna wait
R: Well you wanna you wanna (inaudible)
LF: I'm just now getting on the E-way, I'll be like 8 minutes
R: where you at? cause I'm not even on the south
LF: Oh I'm coming from the south baby I'm (inaudible) Holly and 475 I'm getting on the E-way
R: just get off on Corunna Road then
LF: Corunna is way past
R: I'm gonna bless you
LF: I hear that all the time
R: I'm telling you it's gonna be worth it
LF: you got the fire
R: ya
LF: Cash, Cash will he gives a big piece
R: (inaudble) I got I got the same thing he got it ain't nothing different
LF: you promise
R: saying we on the same page nothing different
LF: alright, ya (inaudible)
R: then get off by Corunna Road just get off just get off the highway on Corunna Road (inaudible) Krogers
LF: Alright
R: Alright
LF: Kroger on Corunna
R: Ya, Kroger
LF: Are you gonna be there
R: Not the one on (inaudible) the one on Kroger right off the highway on Corunna, right off the highway
LF: God, I don't know about that
R: Soon as you get off the highway on Corunna you gonna see a Kroger
LF: and 75, 4 475 right
R: ya, US-23
LF: ya, I'm gonna be comin (inaudible) I'm comin 475 I don't know (inaudible) I think it turns into 75 up by

Linesheet                                                                 User:  Todd C. Reineck

| Case: | Target: | Line: | File Number: |
|---|---|---|---|

Corunna (inaudible)
R: Alright
LF: Ok, then turn which way
R: uh
LF: turn right
R: no when you get off the highway there's gonna be a Kroger on your left hand side
LF: okay
R: alright
LF: Alright, look for my smashed up van
R: Alright
LF: (laughter)

Summarized by LJV 01/25/2019
Reviewed by TR/FBI 1/26/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4302 | Total Duration: | 00:00:00 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 14:36:21 EST | Language: | Unknown | Monitor ID: | ljvelaga |
| Stop Time: | 14:36:21 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Incoming | Subscriber: | |
| Content: | SMS | Classification: | Pertinent | Participants: | |

**Content (SMS - Pager)**

I'll catch you next time it's kind of flower

**Synopsis 1**

IC text from

I'll catch you next time it's kind of flower

Summarized by LJV 01/25/2019
Reviewed by TR/FBI 1/26/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4303 | Total Duration: | 00:00:00 | Associate DN: | 7 |
|---|---|---|---|---|---|
| Start Time: | 14:36:28 EST | Language: | Unknown | Monitor ID: | ljvelaga |
| Stop Time: | 14:36:28 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Incoming | Subscriber: | |
| Content: | SMS | Classification: | Pertinent | Participants: | |

**Content (SMS - Pager)**

Far