Linesheet  User:  Todd C. Reineck

| Case: | Target: | Line: | File Number: |
|---|---|---|---|

### Synopsis 1
OG call to ▓▓▓▓▓▓▓▓▓▓▓▓

M: hello
R: Hey
M: yeah
R: you all get that gram
M: ya
R: alright, uh you got it on you
M: no, Im (inaudible) it's at
R: alright
M: If you want If you want it
R: Hey
M: go get it go get it
R: No, no ask Little to get some packs at the house (inaudible)
M: ya it is Dave got it
R: alright
M: Call Jay's phone
R: matter fact uh where yall what yall finna do
M: I need the van for a minute bro so I can catch some of these plays my car is fuckin up
R: alright I'm gonna call you, I'm finna call you in like 20 minutes
M: (hey in the background) (inaudible) wants you

Summarized by LJV 01/25/2019
Reviewed by TR/FBI 1/26/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4327 | Total Duration: | 00:00:58 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 15:40:27 EST | Language: | Unknown | Monitor ID: | ljvelaga |
| Stop Time: | 15:41:25 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

### Synopsis 1
IC call from ▓▓▓▓▓▓▓▓▓▓▓▓

R: Hello
BG: Cash, no I want Cash
R: you said what
BG: Cash
R: who is this
BG: Baby girl, where's cash
R: he's not around right now, who's this