Linesheet   User:   Todd C. Reineck

| Case: | Target: | Line: | File Number: |
|---|---|---|---|

R: alright you don't have no more yay
Little: I do yall cant send me no plays my phone whack as hell
R: Shit uh (inaudible) I'm finna call I gotta I gotta uh I'm finna call I'm gonna call right back answer the phone bro
Little: Alright

Summarized by LJV 01/25/2019
Reviewed by TR/FBI 1/26/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4331 | Total Duration: | 00:00:31 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 15:58:22 EST | Language: | Unknown | Monitor ID: | ljvelaga |
| Stop Time: | 15:58:53 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Outgoing | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

**Synopsis 1**
OG call to

M: Hello, huh
R: how much yay you got left
M: I got like a 40 left
R: alright uh I got this (inaudible) I alright I'm finna call you right back I'm finna to see where they at
M: alright
R: alright

Summarized by LJV 01/25/2019
Reviewed by TR/FBI 1/26/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4335 | Total Duration: | 00:00:47 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 16:21:25 EST | Language: | Unknown | Monitor ID: | ljvelaga |
| Stop Time: | 16:22:12 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

**Synopsis 1**
IC call from

R: Chels
C: Ya, hey I'm over here on Simcoe
R: on where

EXHIBIT E