Linesheet                                                                 User:    Todd C. Reineck

| Case: | Target: | Line: | File Number: |
|---|---|---|---|

| Session: | 4397 | Total Duration: | 00:01:32 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 23:26:36 EST | Language: | Unknown | Monitor ID: | bsross |
| Stop Time: | 23:28:08 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

**Synopsis 1**

IC from

Rio - Hello

UF- Hey Uh how quick can you bring me a gram and how much ?

Rio- Uh, where you at?

UF- Uh I'm in my trailer park

Rio- Umm I want 70

UF- Huh?

Rio - I want 70 I can come right now

UF- Damn, who's this ?

Rio - His little brother, he ain't around right now

UF- Oh yeah damn cuz he only charges me like..

Rio - You said what?

UF- He only charges me like 30 for a half

Rio - 30 for a half ? No he want 35 for a half

UF- Can you um, can you handle doin 60 ?

Rio - Yeah I'll do it for 60

UF- Alright uh how long before you can be here ? Cuz I'm tryin' to get it so you can make some money so. I'm right, you know where I'm at?

Rio- You said what?

UF- I said you know where I'm at right?  Twin Meadows

Linesheet                                                                   User:     Todd C. Reineck

| Case: | Target: | Line: | File Number: |
|---|---|---|---|

Rio- Yeah

UF- Yeah how before you're here ?

Rio- Like ten minutes

UF- (Talking to someone in the background ) Ok run it

Rio- Alright

UF- Call me when you're about to pull in cuz I'm at my neighbors house a few trailers over so when you pull in I'll tell ya right where to turn. I'll meet ya outside

Rio- Alright

UF - Alright bye honey, alright

Transcribed by BSR 1-25-19
Reviewed by TR/FBI 1/26/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4398 | Total Duration: | 00:00:00 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 23:26:37 EST | Language: | Unknown | Monitor ID: | |
| Stop Time: | 23:26:37 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Incoming | Subscriber: | |
| Content: | SMS | Classification: | Pertinent | Participants: | |

**Content (SMS - Pager)**

Ok be safe my baby I know you got me..

**Synopsis 1**

IC SMS from

Ok be safe my baby I know you got me..

Summarized by BSR 1-25-19
Reviewed by TR/FBI 1/26/19
Reviewed by JC/DEA 01/27/19
Reviewed by HI/FBI 01/29/2019

| Session: | 4403 | Total Duration: | 00:00:32 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 23:38:55 EST | Language: | Unknown | Monitor ID: | bsross |
| Stop Time: | 23:39:27 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 01/25/2019 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |