| | Linesheet | User: | Todd C. Reineck |
|---|---|---|---|

| Case: | Target: | Line: | File Number: |
|---|---|---|---|

69. Rio and Mike to perform there.

MINIMIZED

Talk about doing well when wilson is released - purchasing items -

talks of the wilson's daughters

MINIMIZED

continued talks of their daughters

MINIMIZED

20:10:34

WILSON: Well, hey, where A, where the fuck A and them?

HORNE: Man that nigga in Tennessee bro.

WILSON: Who he with?

HORNE: You know he am, he with girly. He just called me earlier in the scat, talking about he finna drive it home

WILSON: In a cat?

HORNE: No a Scat! U/I I'm driving this home now, right now. Yo I'm on my way! He called me this morning. In a white Scat.

WILSON: You said he got his girly with him?

HORNE: No he is by himself, but I dont know where he go. He talking about she got a Durango, Scat; Durango and a Scat. I dont know man. A so strange...

WILSON: Oh he went, he talking about that's what she got?

HORNE: Yeah, but I dont know nothing. When he called me earlier he talking about he finna drive this home. He was by himself, it's true. He in that bitch when he was at the gas station. FaceTime me, he go "I'm finna come home bitch, in this!"

WILSON: I heard he stabbed D man.

HORNE: Man...

Linesheet     User: Todd C. Reineck

| Case: | 4 | Target: | 1 | Line: | 3 | File Number: | |

WILSON: Was it bad?

HORNE: Huh?

WILSON: He stabbed her bad?

HORNE: You said "He stabbed her?"

WILSON: Yeah, you ain't heard about that?

HORNE: Hell no, I ain't hear about that?

WILSON: Man I heard he stabbed her, stabbed her!

HORNE: Man I didn't hear about that, how you hear about it?

WILSON: Man you know, you know. She come through the jail.

HORNE: Man where this supposed to happen? Cause he did leave the other day.

WILSON: Mmm hmm, the day he left.

HORNE: Man, man! I had some people... oh shit, I didn't know that!

WILSON: I don't know, let me call my girl back just before we locked down.

HORNE: Alright, call me bitch

WILSON: Alright, y'all niggas be careful, be smooth.

HORNE: Alright love you brah.

WILSON: Hey!

HORNE: Huh?

WILSON: Alright, love you too bro.

Monitored/Reviewed by JC/DEA, 02/02/2019