**Linesheet**

**User:**   Todd C. Reineck

| Case: | | Target: | 1 | Line: | 3 | File Number: |
|---|---|---|---|---|---|---|

## Synopsis 1

IC from Kelly _____

Kelly was out front of Club 69 in a White Cadilac.  RIO told to her to come to the front door.

1:32:32

RIO:  What you say you wanted?
Kelly:  A "G"
RIO:  UI
Kelly:  alright, bye
END

RJD 2/3/2019
Reviewed by TR/FBI 2/4/19

| Session: | 5593 | Total Duration: | 00:11:07 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 13:10:26 EST | Language: | Unknown | Monitor ID: | rsmcdonald |
| Stop Time: | 13:21:33 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 02/03/2019 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

## Synopsis 1

IC from _____

Rio talking to an unidentified male (Cash?)

13:13:25
Rio:  That nigga Ock keep calling me
UM:  UI Down the way, what he say, he say UI ready for us to come on back
Rio:  Yeah, you know he ain't in Nashville, I mean Knoxville no more, he's in Nashville
UM:  Say he moved?
Rio:  Hell yeah, you know I got a spot in Nashville baby. I like this shit better

Talking about being able to take it to Tennessee without a CPL. Rio is waiting for his CPL.

UM says he's been in for two weeks.

Makya is talking on another phone, Rio says Chris is on the phone and he will call her.

RSM transcribed and summarized - 2/3/19
Reviewed by TR/FBI 2/4/19

EXHIBIT H