Linesheet     User: Todd C. Reineck

| Case: | Target: | Line: | File Number: |
|---|---|---|---|

| Session: | 5604 | Total Duration: | 00:05:47 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 14:17:26 EST | Language: | Unknown | Monitor ID: | bsross |
| Stop Time: | 14:23:13 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 02/03/2019 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

**Synopsis 1**

IC from

Jail call from Cash - First part of call talks about getting money from his baby momma. Minimized until 14:19:27
14:19:52
Rio - I said ya know, fentanyl only bringin like 60 IA
Cash - Bitch yo u fiddin to get Al a bottle IA
Rio - Oh you know I'm I'm gonna secure all that IA
Cash - I'm sayin bitch you should have you a little somethin on the side to be drinkin too bitch. How much drink you gotta put up bitch, like four that's it
Rio- Yep , like a three...three and a half

14:20:14

Transcribed by BSR 2-3-19
Reviewed by TR/FBI 2/4/19

| Session: | 5605 | Total Duration: | 00:00:38 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 14:32:41 EST | Language: | Unknown | Monitor ID: | bsross |
| Stop Time: | 14:33:19 EST | Complete: | Completed | In/Out Digits: | |
| Date: | 02/03/2019 | Direction: | Incoming | Subscriber: | |
| Content: | Audio | Classification: | Pertinent | Participants: | |

**Synopsis 1**

IC from

14:33:06

Rio - What up?

UM- I got this dub man, I need some drop man

Rio- Where you at?

UM- At um Victoria

Rio- I'm about to pull up